IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,      :

    Plaintiff

                                                   Case #: 3:12-cr-17

vs.

JOHN G. LEGNER, JR.

    Defendant      :

---

ORDER OF TRANSFER

---

The above-captioned matter is hereby transferred from the docket of Magistrate Judge Michael J. Newman to the docket of Magistrate Judge Michael R. Merz.

                                                  _____
                                                Michael J. Newman
                                                United States Magistrate Judge

                                                _____
                                                Michael R. Merz
                                                United States Magistrate Judge